[No. 27020-3-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTHA D. GRALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03608-4, Ellen K. Clark, J., entered February 27, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kulik, JJ.

[No. 27256-7-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS C. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04415-0, Gregory D. Sypolt, J., entered June 16, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27308-3-III.   Division Three.   September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN BARLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00554-6, Robert G. Swisher, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 27287-7-III.   Division Three.   September 24, 2009.]

. THE STATE OF WASHINGTON, *Respondent*, v. REAVONNA DIANE OTT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00482-5, Cameron Mitchell, J., entered July 16, 2008. *Reversed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.